IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____Atlanta_____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 17 2017

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

_Chester S. Terrell_
(Print your full name)

Plaintiff *pro se*,

v.

_Lockheed Martin_

_____

(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:17-CV-0188**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.  This employment discrimination lawsuit is brought under (check only those that apply):

    ✓  Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, ~~religion, sex, or national origin, or~~ and retaliation for exercising rights under this statute. and 42 U.S.C. Sec. 1981 for race discrimination and retaliation.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

✓  Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____  Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE:** To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____  Other (describe) _____

_____

_____

_____

_____

2.   This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.  Plaintiff.  Print your full name and mailing address below:

Name        *Chester S. Terrell*

Address     *2409 Heritage Park Circle*

            *Kennesaw, GA 30144*

4.  Defendant(s).  Print below the name and address of each defendant listed on page 1 of this form:

Name        *Lockheed Martin*

Address     *86 South Cobb DR*

            *Marietta, GA 30063*


Name        _____

Address     _____

            _____


Name        _____

Address     _____

            _____

## Location and Time

5.  If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

_____

_____

6.     When did the alleged discrimination occur? (State date or time period)

_5/28/14 — present_

## Administrative Procedures

7.     Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?        ✓ Yes         _____ No

If you checked "Yes," attach a copy of the charge to this complaint.

8.     Have you received a Notice of Right-to-Sue letter from the EEOC?

✓ Yes         _____ No

If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _10/21/16_

9.     If you are suing for **age discrimination**, check one of the following:

✓         60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

_____         Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes          _____ No          __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

_____    failure to hire me
_____    failure to promote me
___✓___    demotion
___✓___    reduction in my wages
___✓___    working under terms and conditions of employment that differed from similarly situated employees
_____    harassment
___✓___    retaliation
_____    termination of my employment
_____    failure to accommodate my disability
_____    other (please specify) _____

_____

13. I believe that I was discriminated against because of (check only those that apply):

___✓___    my race or color, which is _African American_
_____    my religion, which is _____
_____    my sex (gender), which is _____ male        _____ female
_____    my national origin, which is _____
___✓___    my age  (my date of birth is ___8/12/54_____ )
_____    my disability or perceived disability, which is:

_____

_____    my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

_____    other (please specify) _____

_____

Page 6 of 9

14.    Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Please see attached pages.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

No. 14.

I began working at Lockheed Martin on April 24, 2003 and was a good employee, working first on the F-22 jet fighter and then the outer wing assembly of the P3 Orion aircraft.  In May 2014 the work on the P3 was completed and I was transferred to work on a modification program for the C-130J.  I had never been trained for or worked on a modification during my employment with Lockheed. My assignment was to install speaker systems into an aircraft as an upgrade.  This assignment went beyond my skill set as well as my job description.  What I was given to work with appeared to be electrical schematics which I had difficulty reading and I made mistakes. The white male who was training me was also making mistakes and he was very frustrated and angry.  He was not given an EPN and demoted. When I arrived the first day, I learned that the system already was messed up by the previous person who tried to install it but I seemed to be blamed for that as well.  I was sent to a blueprint class but the trainer lost his patience with me and yelled at me and I couldn't learn from him.

We worked in a hangar that was not the main building where the other projects are worked. We did not have an equipment crib or a union steward.  I needed certain tools to be able to perform my job well and despite writing my request for the tools on the board daily, the tools were never provided to me like they were to similarly situated white employees.  I felt I was being set up to fail. After only a few weeks, I was removed from the aircraft and made to sit in a small room away from everyone and sweep the floors.

Lockheed Martin told the EEOC that my job on the C-130J as an assembly worker was to assemble and install the structural sub-assembly, side panels, cargo floor, wheel well panel, and center wing of the aircraft.  I could have done that job as that is what my work has been since I was hired in 2003. Instead, I was placed on a project that was work for more skilled flight line mechanics and told to assemble a system that required skills far beyond what I had been trained. One of the mechanics that I worked with told me it took him four months to finally assemble the speaker system. I was only on the project a short time before being demoted to a janitorial position and my pay cut substantially.

Due to the stress of trying to work on a project that I was not trained for and the yelling and pressure to go faster, on July 11, 2014 I went to my car and smoked a cigarette. I know this was a violation of policy but I had never violated the policy before. I was given a three day suspension which is excessive. The policy states the offender will receive a verbal warning unless they are a repeat violator. I know of white employees who were not suspended for smoking on company property.

I filed a grievance with the union about being racially discriminated against because of my race and age and then being retaliated against by being demoted with a significant cut in pay. I never heard anything back from either the union or Lockheed about my grievance.

## EXHIBITS ATTACHED

EEOC charge

EEOC Determination which found reasonable cause to conclude that I was subjected to discrimination because of my race in violation of Title VII because of disparate treatment

Notice of Right to Sue

Grievance

15.  Plaintiff  ___✓___  still works for defendant(s)
     ___ no longer works for defendant(s) or was not hired

16.  If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  _____ Yes  _____ No

     If you checked "Yes," please explain: _____

     _____

     _____

     _____

     _____

17.  If your case goes to trial, it will be heard by a judge unless you elect a jury trial.  Do you request a jury trial?  ___✓ Yes  _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

___✓___  Defendant(s) be directed to _Reinstate Plaintiff to his previous position as assembly line worker_

___✓___  Money damages (list amounts) _back pay and benefits with accrued interest plus pension contribution_

___✓___  Costs and fees involved in litigating this case

___✓___  Such other relief as my be appropriate

Page 8 of 9

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _17_ day of _January_, 20 _17_

_____
(Signature of plaintiff *pro se*)

_Chester S. Terrell_
(Printed name of plaintiff *pro se*)

_2409 Heritage Park Cir_
(street address)

_Kennesaw, GA 30144_
(City, State, and zip code)

_Cterrell8140@yahoo.com_
(email address)

_770-688-9596_
(telephone number)

Page 9 of 9

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | IC716<br>11B-2015-00025 |

| Georgia Commission On Equal Opportunity | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)*<br>**Mr. Chester S. Terrell** | Home Phone *(Incl. Area Code)*<br>**(770) 688-9596** | Date of Birth<br>**08-12-1954** |
|---|---|---|

| Street Address<br>**2409 Heritage Park Circle** | City, State and ZIP Code<br>**Kennesaw, GA 30144** | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**LOCKHEED MARTIN** | No. Employees, Members<br>**500 or More** | Phone No. *(Include Area Code)*<br>**(770) 494-2131** |
|---|---|---|

| Street Address<br>**86 S. Cobb Drive** | City, State and ZIP Code<br>**Marietta, GA 30063** | |
|---|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN

[ ] RETALIATION   [X] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **05-28-2014**   Latest **11-25-2014**

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began employment with the above named company on April 24, 2003, and currently work as a Janitor - Level 3. Throughout my employment, I have been repeatedly subjected to inappropriate racial comments, as well as age-based comments about the need to retire and let younger employees takeover. In May 2014, I was denied a promotional opportunity to the F-35 Program to which younger, white employees were primarily selected. On July 14, 2014, I was issued an Employee Performance Notice (EPN) by Brent Blackburn (White), and without procedural precedence was demoted (in lieu of 6 months off pending termination) from a Sr. Structure Mechanic - Level 18 to a Janitor - Level 3 position with a substantial decrease in pay. Younger, white coworkers, including my trainer Rob Roye, were not issued an EPN or demoted in this manner. On September 17, 2014, I filed a union grievance, but to no avail.

"'Employee Conduct' for a material deficiency in job" was the reason stated for my EPN and demotion.

I believe I was discriminated against due to my race (African American) and age (60) in violation of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1-22-2015<br>Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
(404) 562-6800
TTY (404) 562-6801
FAX (404) 562-6909/6910

EEOC Charge No. 11B-2015-00025

Chester Terrell                                   Charging Party
2409 Heritage Park Circle
Kennesaw, GA 30144

Lockheed Martin Corporation                       Respondent
86 S. Cobb Dr.
Marietta, GA 30063

## DETERMINATION

I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e), et seq. (Title VII) and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, et seq. (ADEA), as amended. Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleges that he was subjected to inappropriate racial comments and age based comments, passed over for promotion, disciplined and subsequently demoted. Charging Party contends that said adverse actions were taken against him on the basis of his race (African American), in violation of Title VII and age (60) in violation of the ADEA.

Respondent denies the allegations.

The Commission's investigation did not disclose sufficient evidence to support Charging Party's contention that he was subjected to racial or age harassment or that Respondent failed to promote him in violation of Title VII or the ADEA.

The evidence does reveal, however, that Charging Party was subjected to disparate treatment such as being disciplined for work infractions while similarly situated coworkers were not disciplined. The evidence reveals that Charging Party was demoted from an Assembly Worker position to the position of Plant Service Worker because of the infractions while other similarly situated coworkers were not demoted.

Based upon the evidence and the record as a whole, there is reasonable cause to conclude that the Charging Party was subjected to discrimination because of his race in violation of Title VII.

Upon finding that there is reason to believe that a violation has occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation.

Letter of Determination
EEOC Charge No. 11B-2015-00025
Page 2

Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. In this regard, conciliation of this matter has now begun. A conciliation agreement containing the types of relief necessary to remedy the violation of the statute is included for your review. When the Respondent declines to enter settlement discussions, or when the Commission's representative for any reason is unable to secure a settlement acceptable to the office Director, the Director shall so inform the parties in writing and advise them of the court enforcement alternative available to the Charging Party, aggrieved persons and the Commission. The confidentiality provisions of the statute and Commission Regulations apply to information obtained during conciliation.

You are hereby reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigation is also prohibited. The protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

JUL 1 2 2016
Date

Bernice Williams-Kimbrough
Director
Atlanta District Office

EEOC Form 161-A (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

| To: | Chester S. Terrell<br>2409 Heritage Park Circle<br>Kennesaw, GA 30144 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 11B-2015-00025 | Daniel E. Nance, Supervisory Investigator | (404) 562-6865 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** **before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Bernice Williams-Kimbrough,
**District Director**

OCT 1 9 2016
*(Date Mailed)*

cc:   Brent L. Wilson, Esq.

ON
MAN
LOYEE

Aeronautical Machinists Lodge No. 709

INTERNATIONAL A      IATION OF MACHINISTS AND AEROSPACE WORKI

**GRIEVANCE FORM** NOV 25 2014

GRIEVANCE NO.

Chester S. Jerrell    130993
NAME                  BADGE NO.

DATE 9-17-14 SIGNATURE

RFM4    2
LANT    DEPT.    SHIFT

| | | | |
|---|---|---|---|
| RECEIVED BY DEPARTMENT HEAD | 9/17/14 | FOREMAN | |

Ricky Battle
IMMEDIATE SUPERIOR

| RETURNED TO SENIOR CHAIRMAN | | CHAIRMAN | |
|---|---|---|---|

09 Heritage Park Circle 770    951
DDRESS                HOME PHONE

| MUTUALLY ☐ YES EXTENDED ☐ NO | | FOREMAN | |
|---|---|---|---|
| | | CHAIRMAN | |

Kesaw    Ga.    30144
ITY    STATE    ZIP

| SETTLED ☐ UNSETTLED ☐ | | FOREMAN | |
|---|---|---|---|
| | | CHAIRMAN | |

06    4-24-03
LASSIFICATION    HIRING DATE    PRESENT RATE

| REC'D BY: | BUSINESS REPRESENTATIVE | |
|---|---|---|
| | LABOR RELATIONS | |

| MUTUALLY EXTENDED | BUS-REP | |
|---|---|---|
| | DIV-MGR | |

**)N REQUESTED BY EMPLOYEE:**

T in Labor grade and pay
 Not get a verbal before EPN.
moted from a Level 18 to a
Vel 3. for No reason, er without
reason
Significant drop in pay which
Prohibits me from taking care of my family
Which is unjustified.

5, I have Been racially descrimated
base race and age.

6 Seniority was Not properly
done.

OF REQUEST: To my Status regain my STAtus and why I got a
EPN and No Else for poor performance. Also based on
My eleven years here I believe that I Should
have been the first to Go To f35 program.

SIGNATURE OF EMPLOYEE    9-17-14
DATE

**STATEMENT OF DEPARTMENT**

SIGNATURE OF FOREMAN    DATE